UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

**MORGAN STANLEY SMITH BARNEY, LLC,**

        **Plaintiff,**

v.

**PATRICK T. O'NEILL, BRADLY A. BLAUSEY, LINDSAY O. CORNEILLE, JANICE W. LO, WILLIAM S. HARTSOCK, ROBIN STACK, ANNE ELIZABETH C. HOLUB, AND CAROL HARTSOCK,**

        **Defendants.**

Case No. 18-10602
Hon. Sean F. Cox

### STIPULATED ORDER

The parties hereby stipulate to the following Order; and the Court being otherwise duly advised in the premises, it is hereby **ORDERED**:

(1)   Pursuant to Defendants' Affidavits filed in this matter, Defendants represent and warrant that they have not taken or are in possession of Plaintiff's confidential information and/or trade secrets;

(2)   To the extent Defendants discover any property of Plaintiff in their possession, custody and/or control, they agree to immediately return such property;

(3)   Plaintiff shall withdraw its Motion for Temporary Restraining Order and Preliminary Injunction. This matter will proceed in arbitration before FINRA; and

(4)   This is a final order and closes this case.

**IT IS SO ORDERED.**

Dated:  February 26, 2018                                    s/Sean F. Cox
                                                                              Sean F. Cox
                                                                              U. S. District Judge


**AGREED AND CONSENTED TO BY:**

*/s/ Bernard J. Fuhs*
Bernard J. Fuhs (P69621)
BUTZEL LONG, a professional corporation
*Attorney for Defendants*

*/s/ Miles D. Hart (w/ permission)*
Miles D. Hart (P43797)
Saretsky Hart Michaels and Gould, PC
*Attorney for Plaintiff*