UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

MORGAN STANLEY SMITH BARNEY LLC,

    Plaintiff,

v.

PATRICK T. O'NEILL, BRADLY A. BLAUSEY, LINDSAY O. CORNEILLE, JANICE W. LO, WILLIAM S. HARTSOCK, ROBIN STACK, ANNE ELIZABETH C. HOLUB, and CAROL HARTSOCK,

    Defendants.
_____/

Case No. 2:18-cv-10602
Hon. Sean F. Cox

Saretsky Hart Michaels + Gould PC
Attorneys for Plaintiff
By:   Miles D. Hart (43797)
       Gary M. Saretsky (P31708)
       Brian Witus (P53062)
       Colleen M. Nickel (P79220)
995 S. Eton
Birmingham, Michigan 48009
(248) 502-3300
mhart@saretsky.com
gsaretsky@saretsky.com
bwitus@saretsky.com
cnickel@saretsky.com
_____/

Butzel Long
Attorney for Defendants
By:   Bernard J. Fuhs (P69621)
150 W. Jefferson – Suite 100
Detroit, Michigan 48226
(313) 225-700

Ellenoff Grossman & Schole LLP
Co-Counsel for Defendants
David A. Ghen (*pro hac pending*)
Matthew B. Baum (*pro hac pending*)
345 Avenue of the Americas
New York, New York 10105
(212) 370-7889

**Notice of Withdrawal of Motion for Temporary Restraining
Order and Preliminary Injunction**

On February 21, 2018, Plaintiff filed a Motion for a Temporary Restraining Order and Preliminary Injunction. On February 26, 2018, Defendants filed a response to Plaintiff's motion. The Court held a status conference on February 26, 2018 at which time the parties agreed to entry of a Stipulated Order. Exhibit "1".

Pursuant to the Stipulated Order, Plaintiff hereby withdraws its Motion for Temporary Restraining Order and Preliminary Injunction. Pursuant to the Stipulated Order, this matter will proceed in arbitration before FINRA.

Respectfully submitted,

Saretsky Hart Michaels + Gould PC
Attorneys for Plaintiff

By: /s/ Miles D. Hart
Miles D. Hart (43797)
Gary M. Saretsky (P31708)
Brian Witus (P53062)
Colleen M. Nickel (P79220)
995 S. Eton
Birmingham, Michigan 48009
(248) 502-3300
mhart@saretsky.com
gsaretsky@saretsky.com
bwitus@saretsky.com
cnickel@saretsky.com

Dated:   February 26, 2018

# EXHIBIT 1

Case 2:18-cv-10602-SFC-RSW   ECF No. 13   filed 02/26/18   PageID.559   Page 3 of 5

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

MORGAN STANLEY SMITH
BARNEY, LLC,

          Plaintiff,

v.

PATRICK T. O'NEILL, BRADLY
A. BLAUSEY, LINDSAY O.
CORNEILLE, JANICE W. LO,
WILLIAM S. HARTSOCK, ROBIN
STACK, ANNE ELIZABETH C.
HOLUB, AND CAROL
HARTSOCK,

          Defendants.

Case No. 18-10602
Hon. Sean F. Cox

## STIPULATED ORDER

The parties hereby stipulate to the following Order; and the Court being otherwise duly advised in the premises, it is hereby **ORDERED**:

(1) Pursuant to Defendants' Affidavits filed in this matter, Defendants represent and warrant that they have not taken or are in possession of Plaintiff's confidential information and/or trade secrets;

(2) To the extent Defendants discover any property of Plaintiff in their possession, custody and/or control, they agree to immediately return such property;

(3) Plaintiff shall withdraw its Motion for Temporary Restraining Order and Preliminary Injunction. This matter will proceed in arbitration before FINRA; and

(4) This is a final order and closes this case.

**IT IS SO ORDERED.**

Dated: February 26, 2018

s/Sean F. Cox
Sean F. Cox
U. S. District Judge

**AGREED AND CONSENTED TO BY:**

/s/ Bernard J. Fuhs
Bernard J. Fuhs (P69621)
BUTZEL LONG, a professional corporation
*Attorney for Defendants*

/s/ Miles D. Hart (w/ permission)
Miles D. Hart (P43797)
Saretsky Hart Michaels and Gould, PC
*Attorney for Plaintiff*

2